Darryl E. Young, SBN #255894
Law Office of Darryl E. Young, P.C.
650 West 20th Street
Merced, California 95340
Telephone: (209) 354-3500
Fax: (209) 354-3502

Attorneys for Defendant
Desmond Divine

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:22-cr-00020-DAD |
|---|---|
| PLAINTIFF, | Judge: Hon. Dale A. Drozd |
| | **ORDER FOR DEFENDANT RELEASE AND TRANSPORTATION TO THE FRESNO RESCUE MISSION** |
| DESMOND LAMAR DIVINE, | |
| DEFENDANT. | Date: August 8, 2022<br>Time: 9:00 a.m. |

**ORDER**

The Fresno County Sheriff's Department at 1225 M Street Fresno, CA, 93721, is directed to release defendant Desmond Divine to the custody of Mr. William Sims from the Fresno Rescue Mission, on August 11, 2022, between the hours of 1:00-3:00 p.m.  for transport directly to the Fresno Rescue Mission.  The conditions which govern defendant Divine's release are those set forth on the record at the hearing held on August 8, 2022.

IT IS SO ORDERED.

Dated:   **August 10, 2022**   _____
                                                              UNITED STATES DISTRICT JUDGE