Darryl E. Young, SBN #255894
Law Office of Darryl E. Young, P.C.
650 West 20th Street
Merced, California 95340
Telephone: (209) 354-3500
Fax: (209) 354-3502

Attorneys for Defendant
Desmond Divine

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>DESMOND LAMAR DIVINE,<br><br>DEFENDANT. | Case No.  1:22-cr-00020-DAD<br><br>Judge: Hon. Dale A. Drozd<br><br>**ORDER FOR DEFENDANT RELEASE AND TRANSPORTATION TO THE FRESNO RESCUE MISSION**<br><br>Date: August 8, 2022<br>Time: 9:00 a.m. |

**ORDER**

IT IS ORDERED that the Fresno County Sheriff's Department at 1225 M Street Fresno, CA, 93721, release Mr. Desmond Divine to the custody of Mr. William Sims from the Fresno Rescue Mission for direct transport to the Rescue Mission, on August 12, 2022, between the hours of 10:00-12:00 p.m., with the terms and conditions of release set by the court's prior order.

IT IS SO ORDERED.

Dated:  __**August 12, 2022**__         _____
UNITED STATES DISTRICT JUDGE